## United States v. Billi Jo Smallwood
### 5:08CR-38-R
### Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 1 | 911 call record on 5/29/07 @ 1:31 am from Christine Torres | US-000406-410 | Certified |
| 2 | ER Records from Blanchfield Army Hospital for Sam Fagan | US-000677-685 US-001620-1625 | Certified Ray Sensing, EMS |
| 3 | ER Records from Blanchfield Army Hospital for Rebekah Smallwood | US-000675-676 US-001626 | Certified Ray Sensing, EMS |
| 4 | ER Records from Blanchfield Army Hospital for Billi Jo Smallwood | US-000666-670 US-001627-1629 | Certified |
| 5A-D | Photographs of Billi Jo Smallwood's burns | Disk #6 | Vanderbilt Medical Center representative |
| 6 | Vanderbilt Medical Center records for Billi Jo Smallwood | US-000001-405 | Vanderbilt Medical Center representative |
| 7A | Preliminary and Final Autopsy Reports for Sam Fagan | US-000801-808 | Dr. Eric Berg |
| 7B1-3 | Selected photographs of autopsy of Sam Fagan | Disk #14 | Dr. Eric Berg |
| 8A | Preliminary and Final Autopsy Reports for Rebekah Smallwood | US-000774-781 | Dr. Eric Berg |

## United States v. Billi Jo Smallwood
### 5:08CR-38-R
### Jury Trial: October 18, 2010

### EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 8B1-3 | Selected photographs of autopsy of Rebekah Smallwood | Disk #14 | Dr. Eric Berg |
| 9 | Fire Investigation Report by Tom Hurley | US-000722-730 | Tom Hurley Allen Gregory |
| 10 | Fire Investigation Report by Kurt Meuris | US-000550-559 | Kurt Meuris |
| 10A | Diagram of Smallwood residence with location of samples obtained marked with X | US-000731-733 | Kurt Meuris |
| 11A | Video taken at the scene by Tom Hurley during investigation | CD Rom US-001557 | Tom Hurley Allen Gregory |
| 11B | Photographs taken at the scene by Tom Hurley during investigation | CD Rom US-001557 | Tom Hurley Allen Gregory |

# United States v. Billi Jo Smallwood
## 5:08CR-38-R
## Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 12A | Video taken at the scene | Disk #1 | Ron Powers; Kurt Meuris; Willis Coley; Kurt Thielhorn Firefighters: Nathan Endres; Tim Dines; Jeff ; Paul Gray; Mike Schilling; Andrew Johnson Gregory DeVries; Keith Firmin; Zach Gray; Shannon Manns; Kevin Falsetto Neighbors: Eric Torres; Christine Torres; Sharice Williams; Francisco Basurto MP: Chris Rummer; Brittney Hodge; Christopher McCarthy; Ronald Benson; Steven Freemyer; Steven Miller; Jonathan Dean; Kevin Welch; Gordon Key; James Wikelius; Fort Knox personnel:  Katherine Shin William Barker |
| 12B | Photographs taken at the scene | Disk #2; #3; #4; #5; #7; #8; #9 | see 12A above |
| 13 | Report re: examination of debris at the scene by Laura Hodge and related graphs | US-000413-414 expert disclosure | Laura Hodge, TBI |

## United States v. Billi Jo Smallwood
## 5:08CR-38-R
## Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 13A | debris and items examined by Laura Hodge (Exhibit 01-a) charred debris from living room floor | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |
| 13B | debris and items examined by Laura Hodge (Exhibit 02-a) charred debris from living room floor by window | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |
| 13C | debris and items examined by Laura Hodge (Exhibit 03-a) charred debris from right floor area in living room | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |
| 13D | debris and items examined by Laura Hodge (Exhibit 04-a) charred debris from dining room | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |
| 13E | debris and items examined by Laura Hodge (Exhibit 05-a) bags from living room and dining room | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |

# United States v. Billi Jo Smallwood
## 5:08CR-38-R
## Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 13F | debris and items examined by Laura Hodge (Exhibit 06-a) charred debris from front door | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |
| 13G | debris and items examined by Laura Hodge (Exhibit 07-a) melted plastic debris from top of television | N/A | Ron Powers<br>Kurt Meuris<br>Laura Hodge<br>James Deir |
| 14 | BellSouth Telephone Records for phone at Billi Jo Smallwood's residence | US-000995-996<br>US-000999-1006 | Certified<br>need witness |
| 14a | Subscriber information for calls terminating to Smallwood residence 5/28/07 (770-654-0909 - Virgil Smallwood) | US-001887 | Certified |
| 14b | Subscriber information for calls terminating to Smallwood residence 5/28/07 (770-532-5184 - Judy Carlan) | US-001885-1886 | Certified |
| 14c | Record of Emergency Data showing Judy Carlan, Trotter Road, Gainsville GA, - Wayne Smallwood's mother | US-000566 | Certified |

## United States v. Billi Jo Smallwood
### 5:08CR-38-R
### Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 14d | Subscriber information for calls terminating to Smallwood residence 5/28/07 (931-237-6209 - Daniel Crossland) | US-001888-1889 | Certified |
| 14e | Subscriber information for call originating at Smallwood residence on 5/28/07 (931-217-5986) | US-001931 | Certified |
| 14f | photographs of Caller ID at VFW showing call received from Smallwood residence | US-001903-1904 | CID |
| 15 | Military Police Journal Entry | US-000763 | Steven Miller, MP |
| 16 | Knife recovered from desk at the scene | N/A | CID S/A Matt Cummings Kristin Gerber, ATF Lab |
| 17A-D | Four tires removed from Billi Jo Smallwood's vehicle | N/A | S/A Kurt Thielhorn Kristin Gerber |
| 18 | Report regarding examination of tires and knife | US-0001277-1280 US-0001295 US-001297-1298 US-001520-1547 | Kristin Gerber |
| 19 | Smoke Detector | N/A | S/A Kurt Thielhorn |

## United States v. Billi Jo Smallwood
### 5:08CR-38-R
### Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 20A | Handwritten note found at the scene titled "Smallwoods" | Disk #3 | |
| 20B | Handwritten note found at the scene with the writing "EVERYTHING IS ALWAYS MORE IMPORTANT" | Disk #4 | |
| 20C | Handwritten note found at the scene titled "What will I become?" | Disk #4 | |
| 21 | Fort Campbell Fire Department Radio Log | US-001571-1573 | |
| 22 | Work Order History for 4137D Dixie | US-001610-1616 | Certified |
| 23 | Fingerprint Analysis Report regarding prints lifted from Billi Jo Smallwood's vehicle | US-000798 | |
| 24 | Servicemen's Group Life Insurance Election & Certificate | US-000810-812 | |
| 25A-B | Fire Test Videos | US-001631 | Dr. John DeHaan |
| 26 | Still photographs from fire test videos | | Dr. John DeHaan |
| 27 | blue flame still photograph from fire test video | | Dr. John DeHaan |

## United States v. Billi Jo Smallwood
## 5:08CR-38-R
## Jury Trial: October 18, 2010

## EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | BATES NO(s) | WITNESS |
|---|---|---|---|
| 28 | Tennessee Department of Revenue records showing 2005 Dodge Neon registered to Wayne Smallwood | US-001895-1900 | Certified |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |