Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
(ELECTRONICALLY FILED)

**CRIMINAL NO: 5:08CR-38-R**
**UNITED STATES OF AMERICA,**                                                                 **PLAINTIFF,**

vs.

**BILLI JO SMALLWOOD,**                                                                          **DEFENDANT.**

## DEFENSE EXHIBIT LIST

Comes the Defendant, by and through undersigned counsel and hereby files the defense exhibit list.

1)   Any and all exhibits listed on the United States exhibit list.

2)   Project Manual of Mr. Gronemeyer (which will be provided to the parties upon receipt of same by defense counsel) and all contents thereof.

3)   Defense evidence exhibits collected by Mr. Gronemyer including but not limited to:

   Window taken from the Smallwood residence.
   Exemplar window taken from duplicate neighbor's residence.
   Window screen taken from Smallwood residence.
   2 drapes taken from Smallwood residence.
   Knife and box taken from Smallwood residence.
   Valance from Smallwood residence from kitchen
   Curtain rod from Smallwood residence
   spray paint

4)   Any and all photographs and video taken of the Smallwood residence, prior to and after fence was installed by Army.

5)   Any and all prior testimony, transcripts, statements, interviews, audio and video, books and articles that refer to/or are written by Dr. DeHaan and/or his opinions -including but not

1

limited to Triple Jeopardy, Kirk's Fire Science, 20/20, The Dynamics of Flash Fires Involving Flammable Hydrocarbon Liquids, The Reconstruction of Fires Involving Highly Flammable Hydrocarbon Liquids, The Morphology of Cutaneous Burn Injuries and the Type of Heat Application, Bohnert, Clinical Findings in the Medicolegal Investigation of Arsonists, Lawson, Heat Flux, Temperature and Thermal Response, SFPE Predicting 1st and 2nd Degree Skin Burns from Thermal Radiation, NRC Report on Forensic Science, Intentionally Set Fires in Residential Buildings, U.S. Department of Homeland Security, U.S. Fire Administration.

6)   Dr. DeHaan's Fire Test Videos

7)   Notification of call-detail report and affidavit of compliance with subpoena from AT&T. Any and all documents received from AT&T.

8)   Motion and Notice of entry of "Nolle Prosequl" and any and all documents relating to White County criminal case no.: 2008-CR-166-MM.

9)   Any and all 911 calls.

10)   Photograph of VFW caller ID.

11)   Micro-analysis test results of gas can-bates #1890.

12)   Micro-analysis test results of knife debris-bates#1580.

13)   Evidence collection and testing results regarding samples showing positive for gasoline and where collected in the Smallwood home.

14)   Mother's day card from child to Mrs. Smallwood. Any and all photographs of children found in the Smallwood home, including but not limited to those found on the refrigerator and on family website.

15)   Photographs of child's gravestones and the inscriptions and/or photographs contained thereon.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

16) Power-point presentation of Mr. Tobin.

17) Any and all articles, relating to tool marks (list and cites given previously in affidavit by Dr. Schwartz-Dr. Schwartz will not be testifying.)

18) Photographs and/or video of the contents of the kitchen, including refrigerator.

19) Any and all writings used by Mr. Kullman in performing a hand-writing analysis.

Disclosures maybe amended as appropriate.

/s/ Laura R. Wyrosdick
Assistant Federal Defender
629 Fourth Avenue
200 Theatre Building
Louisville, Kentucky 40202
(502) 584-0525

/s/ Robert Eggert, Esq.
Attorney at Law
600 W. Main Street
Suite 300
Louisville, Kentucky 40202

Counsel for Defendant.

## CERTIFICATE

I certify that on the 6th day of October, 2010, a copy of the foregoing motion was served on the United States by ECF filing, to Jim Lesousky and Marisa Ford Assistant United States Attorney.

/s/  Laura R. Wyrosdick
/s/ Robert Eggert

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808