UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CRIMINAL ACTION NO. 5:08CR-38-R

UNITED STATES OF AMERICA                                                                                   PLAINTIFF

vs.

BILLI JO SMALLWOOD                                                                                         DEFENDANT

### UNITED STATES' MOTION FOR AUTHORIZATION FROM THE COURT PERMITTING DEMOLITION OF THE BUILDING LOCATED AT 4137 DIXIE ROAD, FT. CAMPBELL, KY

Comes the United States of America, by counsel, and moves this honorable Court to enter the attached order permitting the demolition of the building located at 4137 Dixie Road on the Ft. Campbell U.S. Army Base as currently scheduled.

The parties have been advised by the Deputy Project Director for residential housing on the Ft. Campbell U.S. Army Base that demolition of the building at 4137 Dixie Road, which contains the former residence of the defendant and her family, cannot be delayed beyond November 11, 2010, without additional costs well in excess of $100,000 being incurred. The additional costs are the result of requirements to provide access roads and water systems to the area where the building is located.  All buildings adjacent to the building in which the Smallwood residence was located have already been demolished.  The building at issue is the sole building being maintained in the middle of an otherwise empty field, and Campbell Crossing LLC will be required to maintain roads and water to that single building to allow firefighters access in the event of a fire.

To date the parties have been unable to resolve the matter by agreement.

The United States proposes that the demolition occur as currently planned.  In the interim, both parties should be provided access to inside the building and all surrounding areas for the purpose of  photographing any matters deemed relevant to the parties. In addition, the parties should be permitted to remove and preserve any items of property from inside and/or outside the building for possible use as evidence during the trial. Any item of property seized by the parties in this manner should be maintained in the custody of the ATF resident agency in Paducah until its use at trial.

The proposed resolution should adequately protect both parties' interest in preserving evidence not previously preserved and protected for possible use at trial, and avoid the substantial costs resulting from any further postponement of planned demolition of the building beyond November 11, 2010.

Wherefore, the United States respectfully requests that the Court enter the attached order authorizing the demolition of the building at 4137 Dixie Road as currently planned, and, further, permitting the parties, prior to demolition, to access to the building and surrounding areas for the purpose of recovering, through photography and removal and storage of items of property, any evidence for later use at trial.

Respectfully submitted,

DAVID J. HALE
United States Attorney

  /s / Marisa J. Ford
James R. Lesousky, Jr.
Marisa J. Ford
Assistant United States Attorneys
510 West Broadway, 10th Floor
Louisville, Kentucky 40202

<u>Certificate of Service</u>

      I hereby certify that a copy of the foregoing was filed with the Clerk on October 28, 2010, and notice of filing will by sent electronically by the CM/ECF system, to counsel for the defendant, Laura Wyrosdick and Rob Eggert.

                                          */s/ Marisa J. Ford*
                                          James R. Lesousky, Jr.
                                          Marisa J. Ford
                                          Assistant United States Attorneys