UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:08-CR-00038

**UNITED STATES OF AMERICA**                                                  **PLAINTIFF**

**v.**

**BILLI JO SMALLWOOD**                                                        **DEFENDANT**

**ORDER**

The trial date of May 9, 2011, is hereby VACATED. A telephonic status conference is SET for **May 9, 2011,** at **8:30 a.m. CDT**. The Court will place the call to counsel.

IT IS SO ORDERED.