UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CASE NO. 5:08-CR-38-R

UNITED STATES OF AMERICA            PLAINTIFF

V.

BILLI JO SMALLWOOD            DEFENDANT

**O R D E R**

A telephonic conference was held May 9, 2011.

Appearances:
For the plaintiff:	Jim Lesousky
For the defendant:	Laura Wyrosdick
		Rob Eggert

**IT IS ORDERED.**

Although the parties have finished briefing their arguments on appeal, the case has not yet been set for oral argument.  Therefore, the parties shall inform the Court when the Sixth Circuit sets this case for oral argument so that the Court may thereafter schedule a telephonic further proceedings to set a trial date.

cc:	Counsel

P 5