UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:08CR-38-R

UNITED STATES OF AMERICA                                                                    PLAINTIFF

V.

BILLI JO SMALLWOOD                                                                             DEFENDANT

**ORDER**

A **telephonic further proceedings** is set on **February 3, 2012 at 8:45 a.m. CST**. The Court shall initiate the call.

**IT IS SO ORDERED.**

cc:   Counsel/AUSA

0|0