# Receipt of Non-Electronic Document

**Case #:** 5:08-cr-38-TBR

**Date Filed:** 7/6/2020

**Filer & Counsel:** Defendant by Laura Wyrosdick

**Received by:** M. Morris

**Re: Document No., if applicable:**
311

**Detailed Description of Document(s) filed, but NOT SCANNED:**

One disc labeled, "Sealed Exhibits to Mot. Compassionate Release"