# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# Case no. 5:08-cr-00038-TBR

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.

BILLI JO SMALLWOOD                                                                    DEFENDANT

## ORDER

The Memorandum Opinion and Order that was entered at DN 323 was entered prematurely. Therefore, the Court will **VACATE** DN 323. The Court directs the Probation Office in the Western District of Kentucky to contact the Probation Office in the Middle District of Georgia to verify any proposed release plan for Ms. Smallwood and respond to the Court.

**IT IS SO ORDERED.**

*Thomas B. Russell*

Thomas B. Russell, Senior Judge
United States District Court

September 10, 2020

cc: counsel