# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## PROBATION OFFICE

**SUZANNE H. MINGLEDORFF**
**CHIEF PROBATION OFFICER**

P.O. BOX 8165
SAVANNAH 31412

PHONE: 912-650-4150
FAX: 912-650-4148



AUGUSTA 30903
P.O. BOX 760
PHONE: 706-849-4450
FAX: 706-849-4449

BRUNSWICK 31521
P.O. BOX 878
PHONE: 912-280-1350
FAX: 912-280-1349

Brunswick
September 11, 2020

**FILED**
Vanessa L Armstrong, Clerk
Sep 11 2020
U.S. District Court
Western District of Kentucky

Ms. Kathryn Jarvis
Chief Probation Officer
United States District Court
Gene Snyder United States Courthouse
601 West Broadway, Room 400
Louisville, KY 40202-2238

RE: Smallwood, Billi-Jo
<u>Relocation PreRelease Investigation</u>

Dear Chief Jarvis:

We have investigated the above-named offender's proposed release residence at 209 Goodtown Drive, Brunswick, Georgia, and will accept her for supervision in the Southern District of Georgia, Brunswick Division, upon her release. Please instruct the inmate to report to this office within seventy-two hours of her release from custody.

Should you have any questions or concerns, please contact this officer at (912) 280-1355.

Sincerely,

/s/ *Tim Williams*

Tim Williams
U.S. Probation Officer