Case No. 20-6165

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

UNITED STATES OF AMERICA

      Plaintiff - Appellant

v.

BILLI JO SMALLWOOD

      Defendant - Appellee

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

      **ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: November 30, 2020

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: November 30, 2020

Mr. Terry M. Cushing
Office of the U.S. Attorney
717 W. Broadway
Louisville, KY 40202

Mr. Frank W. Heft Jr.
Western Kentucky Federal Community Defender, Inc.
629 S. Fourth Avenue
Suite 200
Louisville, KY 40202

Re: Case No. 20-6165, *USA v. Billi Smallwood*
Originating Case No. : 5:08-cr-00038-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Jill E Colyer
Case Manager
Direct Dial No. 513-564-7024

cc: Ms. Vanessa L. Armstrong
    Ms. Laura R. Wyrosdick

Enclosure

No mandate to issue