May 11, 2021

The Clerk of the Court
Federal District Court
241 Main Street
Bowling Green, KY 40021

FILED
JAMES J. VILT, JR. - CLERK
MAY 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dear Clerk:

Could you please let me know the cost of transcripts for DKT No 253, Sentencing Transcripts for Case No. 5:08-CR-00038-TBR-LLK-1. And DKT Nos: 374, Magistrate Judges R&R, DKT No 311, Sentencing Transcripts for Case No 1:96-CR-00020-TBR-WDK-1. This later case is an old case and may be the court has already sent the documents to an archive. However, since it is difficult for me to get in touch with them, I will appreciate if you could give me the price of each docket numbers for each case separately through you. Thanking you very much.

Suresh Kumar, 15020-075
P.O Box 1000
Otisville, NY 10963



Suresh Kumar, 15020035
P.O. Box 1000
Otisville, NY 10963

WESTCHESTER NY · 105
13 MAY 2021 PM 3 L

Clerk of the Court
Federal / District Court
241 Main St
Bowling Green, KY 40021

**RECEIVED**
JAMES J. VILT, JR. - CLERK
MAY 17 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

42101-217095