**FILED** May 24, 2021
JAMES J. VILT, JR. - CLERK

MAY 28 2021

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Dear Clerk:

Thank you very much for giving me the cost of the Sentencing Transcripts in case No: <u>Smallwood</u>, 5:08CR-38-TBR ($7.80).

I have signed Form 199 for $17.80 payable to the Clerk of Court in Louisville, KY. I want you to kindly mail me a copy of the Sentencing Transcripts (DKT 253) and also a copy of the Sentencing Memorandum by USA (DKT-248). If the above amount is not sufficient, please do let me know how much more I will need to mail to you. Thank you.

Sincerely

Suresh Kumar, 15020-075
P.O Box 1000
Otisville, NY 10963



Suresh Kumar, 15020-033
P.O. Box 1000
Otisville, NY 10963

FILED
JAMES J. VILT, JR. - CLERK
MAY 28 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

WESTCHESTER NY 105
25 MAY 2021 PM 1 L

Clerk of the Court
US District Court
Room 127, Federal Bldg
501 Broadway
Paducah, KY 42001-6801

42001-6801