Suresh Kumar, #15020-075
P.O. Box 1000
Otisville, NY  10963

July 1, 2021

Office of the Clerk
Federal District Court
Federal Building, Room 127
501 Broadway
Paducah, KY  42001-6801

FILED
JAMES J. VILT, JR. - CLERK
JUL 13 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

<u>REQUEST FOR TRANSCRIPTS</u>
<u>CASE NO.   USA V. SMALLWOOD, 5:08CR-38-TBR</u>

Dear Clerk:

Around May 24, 2021, I had mailed a check of $17.80 to the Clerk of the Court in Louisville, KY for the Sentencing Transcripts (DKT 253) and the Sentencing Memorandum by USA, (Dkt 248) in the above case; but, as of today I am yet to receive them.

I will appreciate if you could mail the above transcripts to me at my above address. If the amount of monies mailed to you is not enough, please do not hesitate to to write to me. I will promptly mail the balance to you.

Sincerely,

Suresh Kumar, #15020-075

Suresh Kumar, 15020-075
P.O Box 1000
Otisville, NY 10963

**FILED**
JAMES J. VILT, JR. - CLERK
JUL 13 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

WESTCHESTER NY 105
7 JUL 2021  PM 4  L

Legal Mail



Office of the Clerk
United States District Court
Federal Building   Room 127
501 Broadway
Paducah, KY 42001-6801

42001-685627

FEDERAL CORRECTIONAL INSTITUTION
OTISVILLE, NY 10963
DATE: 7/7/21
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question of problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another addressee, please return the enclosure to the address above.