**Office of the Clerk**
**United States District Court**
**501 Broadway, Room 127**
**Paducah, Kentucky 42001-6866**
**(270) 415-6400**
kywd.uscourts.gov

| | |
|---|---|
| **Vanessa L. Armstrong** | **James Vilt** |
| **Clerk of Court** | **Chief Deputy Clerk** |

July 14, 2021

Suresh Kumar #15020-075
P.O. Box 1000
Otisville, NY  10963

RE:   USA v. Smallwood; Case No. 5:08-cr-38-TBR-LLK

Mr. Kumar:

The Paducah Clerk's Office is in receipt of your request for transcripts (docket 253).  Your letter states that you sent payment of $17.80 to the Louisville Clerk's Office; however, our Finance Department has no record of any payment received.

If you have a copy of a receipt for this payment, please let us know.  We are unable to send the copy of the transcripts until payment is received.

Sincerely,

*Melody Morris*

Melody Morris
Deputy Clerk