Case No. 5:08-cr-38-TBR

Suresh Kumar, #15020-075
P.O. Box 1000
Otisville, NY 10963

FILED
JAMES J. VILT, JR. - CLERK
AUG 20 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

August 13, 2021

Clerk of the
Federal District Court
Paducah, KY

Dear Clerk:

Sometimes in May-June this year I had sent $17 to Clerk of the Court in Louisville, KY requesting for some transcripts in Smallwood case. However, I was under a mistaken belief that I had sent you $17.80. On July 19, I received a letter from you that you couldn't mail me the transcripts because you had not yet received my check of $17.80. So I am enclosing a copy of the crossed check.

Since then I have been able to receive the transcripts in Smallwood through my family. Is it possible to for you apply this money towards the Defendant's motion and Government's reponse in United States v. Logan, 1:96-CR-TBR, 519, DN 522. If the money is not enough, please send me only Government's response DN 522. Thank you very very much.

Sincerely,

Suresh Kumar

**United States Treasury** 15-51/000   G 071,248,788

Check No.

06 07 21  15100438  KANSAS CITY, MO    4039 25170923
000693165486    4039 25170923 M2    0000000WS00604

Pay to the order of  Clerk Of Court
601 W BROADWAY
LOUISVILLE KY 40202 0000

$******17*00

VOID AFTER ONE YEAR

REGIONAL DISBURSING OFFICER

Vona S. Robinson

Court Fees
P0211
Per Enclosed Mailing Notice

⑈4039⑈  ⑆000000518⑆  25170923⑈  010621

008540

FRB CLEVELAND
> 041036033 <
US Treas DG - OTCNET
06/11/2021

|  | Type | RT | Date | ISN |
|---|---|---|---|---|
| **Electronic Endorsements** | Subsequent | 061000146 | 20210614 | 6538491840 |
|  | BOFD | 041036033 | 20210611 | 41036030931957 |

**Truncated**

N
Y



Suresh Kumar, 15020-033
P.O. Box 1000
Otisville, NY 10963

WESTCHESTER NY 105
17 AUG 2021 PM 1 L

FILED
JAMES J. VILT, JR. - CLERK
AUG 20 2021
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Clerk of the Court
Federal District Court
501 Broadway, Room 501
Paducah, KY 42001-6801

42001-680199